May 22, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RITA LEMONS, Appellant

NO. 14-10-00945-CV V.

OPTIMUM BONUS TEXAS, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Optimum Bonus Texas, Inc., signed October 3, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Rita Lemons, to pay all costs incurred in this appeal. We further order this decision certified below for observance.